IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ARSENIO BUCKLEY                                                                                       PLAINTIFF

v.                                              Case No. 6:22-cv-06119

JAILER ZACK MARSHALL (Clark
County Detention Center and NURSE
JANE DOE (Baptist Health Medical
Center)                                                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 23, 2023, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Plaintiff Arsenio Buckley has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge